MYRA J. HARRIS, Respondent, v. LOEW AMUSEMENT COMPANY, Appel-

---

* See N. J. Laws of 1848, p. 151, as amd. by N. J. Laws of 1908, chap. 322. See, also, N. J. Laws of 1917, chap. 180, which provides " that every action shall be commenced or sued within two years after the death of such deceased person and not after." — [REP.

lant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.